1
2
3
4
5
6
7

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 2 8 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

8
9

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            )   Case No.: SACR 05-124-DOC
12                         Plaintiff,    )
                                         )   ORDER OF DETENTION AFTER
13            vs.                        )   HEARING
                                         )   [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C.
14     Meza, Ramon Jr.                   )     § 3143(a)]
15                         Defendant.    )
16

17      The defendant having been arrested in this District pursuant to a warrant issued
18  by the United States District Court for the _____ C D C A _____,
19  for alleged violation(s) of the terms and conditions of his/her [probation] [supervised
20  release]; and
21      The Court having conducted a detention hearing pursuant to Federal Rule of
22  Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),
23      The Court finds that:
24  A.   (X) The defendant has not met his/her burden of establishing by clear and
25       convincing evidence that he/she is not likely to flee if released under 18 U.S.C. §
26       3142(b) or (c).  This finding is based on __ background cmty __
27       __ ties Ynknown; bail resources __
28       __ Ynknown; ongoing substance abuse __
                                         problem

1  _____
2  _____
3  and/or
4  B.  [X] The defendant has not met his/her burden of establishing by clear and
5  convincing evidence that he/she is not likely to pose a danger to the safety of any
6  other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
7  finding is based on ___nature of the alleged violations,___
8  ___incl admitted ongoing substance___
9  ___abuse problem; crim history___
10 ___record___
11 _____
12

13     IT THEREFORE IS ORDERED that the defendant be detained pending further
14 revocation proceedings.

15

16 DATED: ___7/28/10___

17                                     _____
                                       ROBERT N. BLOCK
18                                     UNITED STATES MAGISTRATE JUDGE

19
20
21
22
23
24
25
26
27
28